UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ABDUL RAHMAN AND
ANISA RAHMAN
*Plaintiffs,*
v. CIVIL ACTION NO. 4:26-cv-07938
KEMPER INDEPENDENCE INSURANCE
COMPANY
*Defendant.*

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the Southern District of Texas, undersigned counsel for Plaintiffs, Abdul Rahman and Anisa Rahman, certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiffs, Abdul Rahman and Anisa Rahman, are individuals and citizens of the State of Texas, and are not corporations or other business entities.
2. The following persons, firms, corporations, or other entities are parties, counsel, or otherwise have a financial interest in the outcome of this litigation:
    - Abdul Rahman - Plaintiff.
    - Anisa Rahman - Plaintiff.
    - Kemper Independence Insurance Company - Defendant.
    - VG Law Group, LLP - Counsel for Plaintiffs.
3. There are no other persons or entities known to Plaintiffs that are financially interested in the outcome of this litigation.
4. Plaintiffs will promptly file an amended certificate if new parties are added or if additional interested persons or entities are identified during the pendency of this case.

Dated September 18, 2026.

Respectfully submitted,
**VG Law Group, LLP**
*/s/Omar Giraldo*
Omar Giraldo
SDTX Fed. No. 3928000
Ogiraldo@vg.law
Drodriguez@vg.law
Property@vg.law
8751 W. Broward Blvd. Suite 200
Plantation, FL 33324
Telephone: (832) 626-5551
Fax: (713) 322-5953
COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record on September 18, 2026, via the Court's CM/ECF system.

*/s/Omar Giraldo*
Omar Giraldo