UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ABDUL RAHMAN AND
ANISA RAHMAN
*Plaintiffs,*
v.
KEMPER INDEPENDENCE INSURANCE COMPANY
*Defendant.*

CIVIL ACTION NO. 4:26-cv-07938

**PLAINTIFFS' RULE 7.1(a)(2) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiffs Abdul Rahman and Anisa Rahman file this disclosure statement naming — and identifying the citizenship of — every individual or entity whose citizenship is attributed to Plaintiffs for purposes of the Court's jurisdiction under 28 U.S.C. § 1332(a):

1. Abdul Rahman – Plaintiff. Plaintiff is an individual domiciled in Harris County, Texas, and is therefore a citizen of the State of Texas.

2. Anisa Rahman – Plaintiff. Plaintiff is an individual domiciled in Harris County, Texas, and is therefore a citizen of the State of Texas.

3. No other individual or entity's citizenship is attributed to Plaintiffs. Neither Plaintiff is a corporation, partnership, limited liability company, or other unincorporated association, and no member, partner, shareholder, trustee, or beneficiary citizenship is attributed to Plaintiffs.

Plaintiffs will promptly file a supplemental disclosure statement if any later event occurs that could affect the Court's jurisdiction under 28 U.S.C. § 1332(a).

Dated September 18, 2026.

Respectfully submitted,
**VG Law Group, LLP**
*/s/Omar Giraldo*
Omar Giraldo
SDTX Fed. No. 3928000
Ogiraldo@vg.law
Drodriguez@vg.law
Property@vg.law
8751 W. Broward Blvd. Suite 200
Plantation, FL 33324
Telephone: (832) 626-5551
Fax: (713) 322-5953
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record on September 18, 2026, via the Court's CM/ECF system.

*/s/Omar Giraldo*
Omar Giraldo